#30000 8362

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ORLANDO GREENE., | Case No.: |
| Plaintiff, | COMPLAINT |
| vs. | 3-23CV2374-S |
| VELOCITY PORTFOLIO GROUP INC, RADIUS GLOBAL SOLUTIONS LLC, PORTFOLIO RECOVERY ASSOCIATES LLC | Jury Trial: ☒ Yes  ☐ No |
| Defendant. | |

## INTRODUCTION

1. This is a civil action for actual, punitive, statutory damages and cost brought by, ("Plaintiff") an individual consumer, against defendants, Velocity Portfolio Group INC, Radius Global Solutions LLC and Portfolio Recovery Associates LLC (hereinafter "Defendants") for violations of the Fair Credit Reporting Act, 15 U.S.C § 1681 et seq. (hereinafter "FCRA") and the Fair Debt Collection Practices Act, 15 U.S.C § 1692 et seq. (hereinafter "FDCPA").

## BASIS OF JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C § 1681(p), and 28 U. S. C § 1331. Venue is proper in this judicial district pursuant to 28 U.S.C. 1391(b)(1) and 28 U.S.C. § 1391(b)(2) because a substantial part of the events, omissions, or conduct giving rise to Plaintiff claim occurred in this judicial district. Defendants transact business in Red Oak, Texas.

3. The Court has supplemental jurisdiction of any state law claims pursuant to 28 U.S.C. §1367.

## PARTIES

COMPLAINT FOR A CIVIL CASE - 1

4. Plaintiff, Orlando Greene is a natural person and consumer as defined by 15 U.S.C. § 1681a(c), residing in Red Oak, Texas.

5. Upon information and belief, Velocity Portfolio Group INC. is a New Jersey corporation headquartered at 1800 State Route 34 Ste 404A Wall Township, NJ, 07719-9147.

6. Upon information and belief, Radius Global Solutions LLC is a Minnesota corporation and accepts service of process through its agent C T Corporation System 1999 Bryan St., Ste. 900, Dallas, TX, 75201-3136.

7. Upon information and belief Portfolio Recovery Associates LLC is a Delaware corporation and accepts service of process through its agent Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company 211 E. 7th Street, Suite 620, Austin, TX, 78701-3218

7. Defendants are "debt collectors" as that term is defined by 15 U.S.C. § 1692a(6).

8. The acts of Defendants as described in this Complaint were performed by Defendants or on Defendant's behalf by its owners, officers, agents, and/or employees acting within the scope of their actual or apparent authority. As such, all references to "Defendants" in this Complaint shall mean Defendants or their owners, officers, agents, and/or employees.

## FACTUAL ALLEGATIONS

9. On or about August 1, 2023, Plaintiff reviewed his TransUnion consumer report.

10. In the report the Plaintiff observed unauthorized inquiries from Defendants Velocity Portfolio Group INC, Radius Global Solutions LLC, and Portfolio Recovery Associates LLC.

11. Defendant Velocity Portfolio Group INC unauthorized inquiry was made on 11/30/2022, See Exhibit A

12. Defendant Radius Global Solutions LLC unauthorized inquiry was made on 3/29/2022, See Exhibit A.

13. Defendant Portfolio Recovery Associates LLC unauthorized inquiry was made on 5/10/2023, See Exhibit A.

14. Plaintiff never initiated a consumer credit transaction with Defendants nor had an account with the defendants.

15. Plaintiff never entered into a contract with the Defendants.

16. Plaintiff never gave any consent to defendants to access his consumer report.

17. Plaintiff has the interest and right to be free from deceptive, misleading collection efforts.

18. Plaintiff have the interest and right to privacy from individuals including defendants of unauthorized access of personal identifiable information in his consumer report.

19. Plaintiff's injury is "particularized" and "actual" in that the conduct that deprived Plaintiff of his rights was directed by Defendants to Plaintiff specifically.

20. Plaintiff's injury is "particularized" and "actual" in that the Plaintiff has suffered emotional distress from the Defendants unauthorized access of his credit report.

21. Plaintiff's injury is "particularized" and "actual" in that the Plaintiff has suffered an invasion of his privacy. This intrusion into the Plaintiffs personal information has caused a feeling of vulnerability, worry and anxiety which lead to sleeplessness and headaches.

22. Plaintiff's injury is "particularized" and "actual" in that the Plaintiff has suffered fear and anger over the invasion of his privacy.

23. Plaintiff's injury is "particularized" and "actual" in that the Plaintiff as suffered loss of time into research and learning to defend against the defendant's invasion of privacy.

24. Plaintiff's injury is directly traceable to defendant's conduct because if it weren't for the defendant's conduct, Plaintiff would not have been deprived of his rights and would not have been subject to the emotional distress, anxiety, worry and invasion of privacy caused by the defendants actions.

25. Defendant's conduct as described in this complaint was willful, with the purpose to either harm the Plaintiff or with reckless disregard for the harm to Plaintiff that could result from defendant's conduct.

26. Plaintiff justifiably fears that, absent this court's intervention, defendants will continue to use abusive, deceptive, unfair, and unlawful means in its attempts to collect alleged debts and invade consumers privacy by continuing to access consumers information without permissible purpose.

27. The deprivation of Plaintiff's rights will be redressed by a favorable decision herein.

28. A favorable decision herein would redress Plaintiff's injury with money damages.

29. A favorable decision herein would serve to deter Defendants from further similar conduct.

**COUNT 1 VIOLATION OF THE FAIR CREDIT REPORTING ACT**

### 15 U.S.C § 1681b(f) DEFENDANTS VELOCITY PORTFOLIO GROUP INC, PORTFOLIO RECOVERY ASSOCIATES LLC and RADIUS GLOBAL SOLUTIONS LLC

30. All preceding paragraphs are realleged.

31. Defendants actions violated 15 U.S.C § 1681b(f). Permissible Purpose.

32. The Defendants violations include but are not limited to the following:

(a) Velocity Portfolio Group INC, Radius Global Solutions LLC and Portfolio Recovery Associates LLC violated 15 U.S.C § 1681b(f) by failing to have permissible purpose to obtain Plaintiff consumer report pursuant to 15 U.S.C § 1681b.

(b) Velocity Portfolio Group INC, Radius Global Solutions LLC and Portfolio Recovery Associates LLC did not have a court order to obtain Plaintiff consumer report.

(c) Plaintiff never gave written permission to Velocity Portfolio Group INC, Radius Global Solutions LLC and Portfolio Recovery Associates LLC to obtain his consumer report.

(d) Plaintiff does not have an account, which is defined under and has the same meaning under the Electronic Funds Transfer Act 15 U.S.C § 1693a (2), with Velocity Portfolio Group INC, Radius Global Solutions LLC and Portfolio Recovery Associates LLC.

(e) Pursuant to the Electronic Funds Transfer Act 15 U.S.C § 1693a the term "account" means a <u>demand deposit, savings deposit, or other asset account (other than an occasional or incidental credit balance in an open end credit plan as defined in section 1602(i) [1] of this title), as described in regulations of the Bureau, established primarily for personal, family, or household purposes, but such term does not include an account held by a financial institution pursuant to a bona fide trust agreement;</u>

(f) Velocity Portfolio Group INC, Radius Global Solutions LLC and Portfolio Recovery Associates LLC do not have an account with the Plaintiff according to the definition above.

33. As a result of Velocity Portfolio Group INC, Radius Global Solutions LLC and Portfolio Recovery Associates LLC violations of the Fair Credit Reporting Act, the Defendants are liable under 15 U.S.C § 1681n(a)(1)(B) for damages of $1000 per violation.

### COUNT II VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT 15 U.S.C § 1692e(10) DEFENDANT VELOCITY PORTFOLIO GROUP INC and PORTFOLIO RECOVERY ASSOCIATES LLC

34. All preceding paragraphs are realleged.

35. 15 U.S.C. § 1692e prohibits a debt collector from using "any false, deceptive, or misleading representation or means in connection with the collection of any debt."

36. Specifically, 15 U.S.C. § 1692e(10) prohibits "The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer."

37. By pulling Plaintiff's consumer credit report without a permissible purpose, Defendant used a false representation or deceptive means to obtain information concerning a consumer in violation of 15 U.S.C. § 1692e(10).

38. As a result of this conduct, Plaintiff suffered damage of invasion of privacy which led to anxiety, emotional distress, loss of time, fear, and loss of sleep.

39. As a result of Velocity Portfolio Group INC and Portfolio Recovery Associates LLC violations of the Fair Debt Collection Practices Act, the Defendant is liable under 15 U.S.C § 1692k(a)(1) and 15 U.S.C § 1692k(a)(2)(A) for damages.

## JURY DEMAND AND PRAYER FOR RELIEF

Wherefore, Plaintiff Orlando Greene, respectfully demands a jury trial and request that judgment be entered in favor or the Plaintiff against the Defendants for:

(A) Violating the Fair Credit Reporting Act and Fair Debt Collection Practices Act

(B) Damages pursuant to 15 U.S.C § 1681n(a)(1)(B) of $1000 per violation.

(C) Damages pursuant to 15 U.S.C § 1692k(a)(1) and 15 U.S.C § 1692k(a)(2)(A).

(D) Punitive damages as the court may allow pursuant to 15 U.S.C § 1681n(a)(2) and For such other and further relief as the court may deem just and proper.

*Orlando Greene* (signature)
Orlando Greene
311 Pebble Creek Dr.
Red Oak, TX 75154
[ogreene685@gmail.com]
[313-471-9142]

COMPLAINT FOR A CIVIL CASE - 5

COMPLAINT FOR A CIVIL CASE - 6

| Location | Requested On | Phone |
|---|---|---|
| 2 CIRCLE STAR WAY<br>2ND FLOOR<br>SAN CARLOS, CA 94070 | 05/17/2023, 06/03/2022, 05/11/2022, 05/09/2022 | (650) 204-1000 |

### BEST EGG

| Location | Requested On | Phone |
|---|---|---|
| PO BOX 42912<br>PHILADELPHIA, PA 19101 | 05/17/2023 | (855) 282-6353 |

### UPGRADE

| Location | Requested On | Phone |
|---|---|---|
| 275 BATTERY ST SUITE 2300<br>SAN FRANCISCO, CA 94111 | 05/17/2023, 06/03/2022 | (855) 997-3100 |

### ORLANDO GREENE via TUCI - LENDING TREE

| Location | Requested On | Phone |
|---|---|---|
| 100 CROSS STREET<br>SUITE 101<br>SAN LUIS OBISPO, CA 93401 | 05/17/2023, 05/09/2022 | (844) 580-6816 |

### PORTFOLIO RECOVERY ASSO

| Location | Requested On | Phone |
|---|---|---|
| 140 CORPORATE BLVD<br>NORFOLK, VA 23502 | 05/10/2023 | (888) 772-7326 |

### LENDING CLUB BANK

| Location | Requested On | Phone |
|---|---|---|
| 595 MARKET ST<br>SUITE 200<br>SAN FRANCISCO, CA 94105 | 12/10/2022, 11/09/2022, 10/10/2022, 09/13/2022, 08/08/2022, 07/09/2022, 06/08/2022, 05/08/2022 | (800) 341-5607 |

### VELOCITY PORTFOLIO GROUP

| Location | Requested On | Phone |
|---|---|---|
| 1800 ROUTE 34N<br>SUITE 404A<br>WALL, NJ 07719 | 11/30/2022 | (732) 556-9090 |

### OLIPHANT FINANCIAL DB

| Location | Requested On | Phone |
|---|---|---|
| 2601 CATTLEMEN ROAD<br>SUITE 300<br>SARASOTA, FL 34232 | 11/28/2022 | (800) 262-1999 |

Exhibit A

*Exhibit A*

## ON THE BARRELHEAD INC

| Location | Requested On | Phone |
|---|---|---|
| 1309 E 3RD AVE<br>UNIT 202<br>DURANGO, CO 81301 | 05/09/2022 | (314) 359-9248 |

---

## LENDING CLUB BANK

| Location | Requested On | Phone |
|---|---|---|
| 595 MARKET ST<br>SUITE 200<br>SAN FRANCISCO, CA 94105 | 04/14/2022 | (800) 341-5607 |

---

## RADIUS GLOBAL SOLUTIONS

| Location | Requested On | Phone |
|---|---|---|
| 9550 REGENCY SQUARE BLVD<br>SUITE 602<br>JACKSONVILLE, FL 32225 | 03/29/2022 | (866) 394-2675 |

# 📝 Credit Report Messages

To add, remove, or modify a fraud alert, please visit transunion.com/fraud-alerts.

Your credit report contains the following messages

## Promotional opt-out

This file has been opted out of promotional lists supplied by TransUnion.
(Note: This opt-out has no expiration date.)

# ▽ Additional Information

The following disclosure of information might pertain to you. The additional information may include Special Messages, Office of Foreign Assets Control ("OFAC") Potential Matches, Inquiry Analysis, Military Lending Act ("MLA") Covered Borrower Information, Third Party Supplemental Information and/or Consumer Contributed Financial Information. Authorized parties may also receive the additional information below from TransUnion.

## Third Party Supplemental Information

In addition to the information maintained in the above credit report, TransUnion will occasionally contact a third party for supplemental information in connection with a particular transaction in response to a request from a particular customer. Listed below is the supplemental data that TransUnion obtained from such third parties, as well as the name(s) of the TransUnion customer for whom it was obtained.

## Checking Account and Demand Deposit Account (DDA) Activity

Data Source:   *Exhibit A*

# CIVIL COVER SHEET

JS 44 (Rev. 10/20) - TXND (10/20)

Case 3:23-cv-02374-S-BN   Document 1   Filed 10/26/23   Page 9 of 9   PageID 31

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Orlando Greene

**DEFENDANTS**
- Velocity Portfolio Group, Inc.
- Radius Global Solutions LLC
- Portfolio Recovery Associates, LLC

**(b)** County of Residence of First Listed Plaintiff: Ellis County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

RECEIVED OCT 26 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*: _____

Attorneys *(If Known)*: _____

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**TORTS — PERSONAL INJURY**
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury
- 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- 365 Personal Injury - Product Liability
- 367 Health Care/Pharmaceutical Personal Injury Product Liability
- 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**CIVIL RIGHTS**
- 440 Other Civil Rights
- 441 Voting
- 442 Employment
- 443 Housing/Accommodations
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- 463 Alien Detainee
- 510 Motions to Vacate Sentence
- 530 General
- 535 Death Penalty

**Other:**
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition
- 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- 625 Drug Related Seizure of Property 21 USC 881
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Management Relations
- 740 Railway Labor Act
- 751 Family and Medical Leave Act
- 790 Other Labor Litigation
- 791 Employee Retirement Income Security Act

**IMMIGRATION**
- 462 Naturalization Application
- 465 Other Immigration Actions

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 835 Patent - Abbreviated New Drug Application
- 840 Trademark
- 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 375 False Claims Act
- 376 Qui Tam (31 USC 3729(a))
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- [x] 480 Consumer Credit (15 USC 1681 or 1692)
- 485 Telephone Consumer Protection Act
- 490 Cable/Sat TV
- 850 Securities/Commodities/Exchange
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 893 Environmental Matters
- 895 Freedom of Information Act
- 896 Arbitration
- 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District (specify)
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Violations of the FCRA and FDCPA

Brief description of cause:
Violations of the FCRA and FDCPA

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $ _____
- CHECK YES only if demanded in complaint: JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE: _____   DOCKET NUMBER: _____

DATE: September 19, 2023

SIGNATURE OF ATTORNEY OF RECORD: Orlando Greene

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____