# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| Orlando Greene | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:23-cv-02374-S-BN |
| Velocity Portfolio Group Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Radius Global Solutions LLC.

Date:   11/21/2023

/s/ Dayle M. Van Hoose
*Attorney's signature*

Dayle M. Van Hoose
*Printed name and bar number*

Sessions, Israel & Shartle, LLC
3350 Buschwood Park Drive, Suite 195
Tampa, Florida  33618
*Address*

dvanhoose@sessions.legal
*E-mail address*

(813) 890-2463
*Telephone number*

(877) 334-0661
*FAX number*