# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| ORLANDO GREENE § <br> § <br> v. § <br> § CIVIL ACTION NO. 3:23-CV-2374-S-BN <br> VELOCITY PORTFOLIO GROUP § <br> INC., RADIUS GLOBAL SOLUTIONS § <br> LLC, and PORTFOLIO RECOVERY § <br> ASSOCIATES LLC § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED April 18, 2024.

_____
UNITED STATES DISTRICT JUDGE